In the Matter of the Accounting of ELIZABETH K. BAKER, as Executrix of FANNIE M. ELDREDGE, Deceased.

ELIZABETH K. BAKER, Individually and as Executrix, Respondent; WILLIAM COLE, Appellant.

*Matter of Baker*, 168 App. Div. 712, affirmed.
(Argued February 23, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 28, 1915, which reversed a decree of the Chenango County Surrogate's Court construing the 9th and 10th paragraphs of the will of Fannie M. Eldredge, deceased.

*David F. Lee* for appellant.

*Eugene Clinton* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CUDDEBACK, CARDOZO, SEABURY and POUND, JJ. Dissenting: CHASE and COLLIN, JJ.